MICHAEL MOORE (ISBN 1919)
BRADY J. HALL (ISBN 7873)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031

Attorneys for Defendant The Automobile Insurance Company of Harford, Connecticut.

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| RSR, Inc. dba REE-CONSTRUCTION, an Idaho corporation,<br><br>Plaintiff,<br><br>vs.<br><br>The Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property Casualty Companies, and does I through X,<br><br>Defendants. | Fed. Case No. _____<br><br>State Case No. CV-2012-159<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

COMES NOW, The Automobile Insurance Company of Hartford, Connecticut (hereinafter "Defendant"), by and through its counsel of record, Moore & Elia, LLP, and pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, hereby gives notice that Defendant is removing the above-captioned lawsuit from the Fourth Judicial District of Idaho, County of Blaine, to the United States District Court for the District of Idaho.

Plaintiff RSR, Inc. (d/b/a REE-Construction) is a business incorporated in Idaho. *See Affidavit of Brady J. Hall in Support of Defendant's Notice of Removal* ("*Hall Aff.*,"), ¶ 3, Exh. A. *See also*, *Complaint for Breach of Contract* (hereinafter "*Complaint*"), p. 1, ¶ 1. Meanwhile, Defendant was incorporated in Connecticut and maintains its principal place of business in

**DEFENDANT'S NOTICE OF REMOVAL - pg. 1**

Hartford, Connecticut.  *Affidavit of Lisa Cronin in Support of Defendant's Notice of Removal* ("*Cronin Aff.*"), ¶ 3.  Consequently, the parties are citizens of different states pursuant to 28 U.S.C. 1332(a) and (c).

By way of its *Complaint*, Plaintiff seeks judgment in the sum of $56,417.30 as the amount it alleges to be justly due and owing.  *Complaint*, ¶¶ 14, 22 and p. 5.  Plaintiff also seeks an award of attorney's fees pursuant to Idaho Code § 41-1839 ("Allowance of Attorney's Fees in Suits Against or In Arbitration with Insurers").  *Id*. at ¶ 22.  Although Defendant disputes Plaintiff's above-stated claims for damages, a potential award of attorney's fees authorized by statute is to be included in determining the "amount in controversy" for diversity jurisdiction.  *See, e.g., Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).  *See also Wilson v. Union Security Life Ins., Co*., 250 F.Supp.2d 1260 (D. Idaho 2003).

In the event Plaintiff prevails following a trial in this lawsuit, and is actually entitled to attorney's fees pursuant to Idaho Code § 41-1839, it is probable that such an attorney's fee award would be in excess of $19,000.00.  *See Affidavit of J. Nick Crawford in Support of Defendant's Notice of Removal* ("*Crawford Aff.*"), ¶ 5 (estimating attorney fees to be incurred in the amount of $30,000 to $60,000).  Accordingly, the amount of controversy in this lawsuit is in excess of the statutory minimum of $75,000 as required by 28 U.S.C. § 1332(a).

Furthermore, pursuant to 28 U.S.C. § 1446(a) and (b), this *Notice of Removal* has been filed within 30 days after the Defendant was served with a copy of the summons and complaint. *See, e.g., Certificate of Service* (establishing that service was accomplished on Defendant on February 28, 2012 through the State of Idaho Department of Insurance).  And, in compliance with 28 U.S.C. § 1446(a) and Dist. Idaho Loc. Civ. R. 81.1, Defendant has filed contemporaneously herewith a Civil Cover Sheet, a copy of the entire state court record, and the Register of Actions

**DEFENDANT'S NOTICE OF REMOVAL - pg. 2**

from Blaine County.  *Hall Aff.*, ¶ 2.  Finally, a copy of this *Notice of Removal* has been served on Plaintiff and has been filed with the Clerk of the District Court of the Fifth Judicial District for the State of Idaho, in and for the County of Blaine.  *Hall Aff.*, ¶ 4, Exh. B.

DATED this 29th day of March, 2012.

>MOORE & ELIA, LLP.
>
>
>____/s/_____
>Brady J. Hall, of the firm
>Counsel for Defendant

**DEFENDANT'S NOTICE OF REMOVAL - pg. 3**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on this 29th day of March, 2012, I caused to be served a true and correct copy of the foregoing document, by the method indicated below, and addressed to the following:

| | |
|---|---|
| Tracy Dunlap, Esq. | __x__ U.S. Mail, postage prepaid |
| HOGUE & DUNLAP, LLP | _____ Hand Delivered |
| P.O. Box 460 | _____ Overnight Mail |
| Hailey, Idaho 83333 | _____ Facsimile Transmission 208-788-4230 |
| | _____ E-Mail |

____/s/_____
Brady J. Hall

**DEFENDANT'S NOTICE OF REMOVAL - pg. 4**