Tracy Dunlap, Esq.
HOGUE & DUNLAP, L.L.P.
419 South Main Street
Post Office Box 460
Hailey, Idaho 83333
Telephone: (208) 788-3567
Facsimile: (208) 788-4230
ISB #3700

**ORIGINAL IN RED**



FILED A.M. P.M.
FEB 2 4 2012
Jolynn Drage, Clerk District
Court Blaine County, Idaho

**Attorneys for Plaintiff**

## IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| RSR, Inc. dba REE-CONSTRUCTION, an Idaho corporation, ) | CASE NO. CV-2012- 159 |
| ) | |
| Plaintiff, ) | **COMPLAINT FOR BREACH OF CONTRACT** |
| ) | |
| vs. ) | Fee Category: A(1) |
| ) | |
| The Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property Casualty Companies, and does I through X, ) | Fee: $88.00 |
| ) | **ROBERT J. ELGEE** |
| Defendants, ) | |

Plaintiff, RSR, Inc., for a cause of action against Defendant, The Automobile Insurance Company of Hartford, Connecticut, One of The Travelers Property Casualty Companies, and against the Defendants sued under the fictitious names Does I through X, alleges as follows:

1. Plaintiff, RSR, Inc., dba Ree-Construction, (hereinafter "Ree-Construction") is an Idaho business corporation duly registered to do business in the State of Idaho with its principal place of business in the City of Bellevue, Blaine County, Idaho.

**COMPLAINT FOR BREACH OF CONTRACT - 1**

2. Defendant, The Automobile Insurance Company of Hartford, Connecticut, One of The Travelers Property Casualty Companies (hereinafter "Travelers") is a corporation which does business in Blaine County, State of Idaho.

3. Does I through X are sued herein under fictitious names. The true names and capacities of said parties are unknown to Plaintiff, and Plaintiff will amend this Complaint by inserting their true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants may be the issuer, guarantor, joint venturer in, or otherwise obligated pursuant to the insurance policy hereinafter described and responsible for the damages incurred by Plaintiff.

3. The Court has personal jurisdiction over the parties pursuant to Idaho Code § 5-514.

4. Venue is proper in Blaine County pursuant to Idaho Code Section §5-404.

5. Travelers entered into a contract of insurance with Fred W. Zauner and Anne Zauner, husband and wife, (hereinafter collectively "Zauners") for home owner's property damage, casualty, and associated coverage for the Zauners' home located in the City of Ketchum, Blaine County, Idaho (hereinafter the "Home") which was in force to cover such losses occurring during the period November 1, 2008, through November 1, 2009, (hereinafter "the Insurance Contract"). A copy of the certificate of insurance evidencing the Insurance Contract between Zauners and Travelers is attached hereto as **Exhibit 1** and is incorporated by this reference as though set forth fully herein.

6. On or about the 25th day of June, 2009, Zauners experienced water damage at the Home.

7. On or about the 4th day of August, 2009, Zauners entered into a contract with Ree-Construction for the performance of remediation, restoration, reconstruction and other work at the

**COMPLAINT FOR BREACH OF CONTRACT - 2**

Home as a result of the water damage (hereinafter the "Reconstruction Agreement"). A copy of the Reconstruction Agreement is attached hereto as **Exhibit 2** and is incorporated herein by this reference.

8. Pursuant to the terms of the Reconstruction Agreement, Zauners assigned their right to payment from Travelers to Ree-Construction and named Ree-Construction their agent for communications with Travelers.

9. Pursuant to the Insurance Contract, emergency services and restoration services as a result of the water damage to the Home are covered losses.

10. Ree-Construction has performed emergency services and restoration services necessitated by the water damage at the Home.

11. An Estimate for Emergency Services performed by Ree-Construction was provided to Travelers on August 21, 2009. A copy of that document designated as **4843-Zauner-E2** is attached hereto as **Exhibit 3** and incorporated by this reference.

12. Travelers has made no objection to **Exhibit 3.**

13. On or about April 17, 2010, Ree-Construction met with Travelers's adjuster to review the scope and pricing of the property damage portion of the claim. On or about April 19, 2010, pursuant to that meeting, Ree-Construction faxed to Travelers's adjuster an updated Estimate of Scope and Pricing designated as **4843-Zauner-S-R3 4/16/2010**, a copy of which is attached hereto as **Exhibit 4** and incorporated herein by this reference.

14. Travelers has made two (2) payments for property damage pursuant to the Policy, but has failed and refused to pay the remaining amount due in the principal sum of $56,417.30. This sum includes both emergency services and property damage and has remained due and owing since

**COMPLAINT FOR BREACH OF CONTRACT - 3**

15. Pre-judgment interest is accruing on the entire unpaid amount since the dates upon which the two (2) portions of the total became due.

16. Travelers's objections, to the extent they were expressed, were unreasonable and unsupported.

17. Travelers lacks a system in place by which it can act in a timely manner to meet its responsibilities under the Insurance Contract after a damage event has occurred and coverage is established.

18. On the 7th day of November, 2011, Ree-Construction made written demand on Travelers for payment of the amount due as set forth herein. Ree-Construction further stated that if Travelers disputed any portion of the claim, Ree-Construction was willing to participate in arbitration if arbitration is required pursuant to the policy. A copy of that letter is attached hereto as **Exhibit 5** and is incorporated herein by this reference. To date, Ree-Construction has not received any response to the letter which is **Exhibit 5**.

19. Ree-Construction and Zauners have performed all of their obligations pursuant to the Insurance Contract.

20. Travelers has breached the Insurance Contract by its failure to pay for covered losses as described herein within thirty (30) days of the date that the proof of loss was furnished to Travelers and by its failure to have a system in place by which it can act in a timely manner to meet its responsibilities under the Insurance Contract.

21. As a result of Travelers's breach of the Insurance Contract, Ree-Construction, as the assignee of the right to payment under the Insurance Contract, has been damaged in the sum of $56,417.30, plus accrued pre-judgment interest.

**COMPLAINT FOR BREACH OF CONTRACT - 4**

22.   As a result of Travelers's breach of the Insurance Contract, Ree-Construction has incurred attorney's fees and costs in bringing this action.  Ree-Construction is entitled to an award of its attorney's fees and costs herein pursuant to I.C. §41-1839.  In the event judgment proceeds by default, a reasonable award of attorney's fees and costs would be Ten Thousand Dollars ($10,000).

NOW, THEREFORE, PLAINTIFF REQUESTS THE FOLLOWING RELIEF:

A. Judgment against Travelers and in favor of Ree-Construction in the sum of $56,417.30, plus accrued pre-judgment interest at the rate of twelve percent (12%) per annum; and

B. Judgment against Travelers and in favor of Ree-Construction for its attorney's fees and costs incurred herein pursuant to I.C. §41-1839; and

C.  Such other relief as the Court deems just in the premises.

DATED this ___24th___ day of February, 2012.

HOGUE & DUNLAP, LLP

By_____
TRACY DUNLAP
Attorney for Plaintiff

**COMPLAINT FOR BREACH OF CONTRACT - 5**

## VERIFICATION

STATE OF IDAHO )
                 )ss.
County of Blaine )

      I, RONALD K. REESE, being first duly sworn upon oath, depose and state:

      That I am the President of RSR, Inc., doing business as REE-Construction, the Plaintiff in the above-entitled action; that I have read the within and foregoing Complaint for Collection, know the contents thereof and believe the facts therein stated to be true.

                            RONALD K. REESE

SUBSCRIBED AND SWORN TO before me this _____ day of February, 2012.

                            Notary Public for Idaho
                            Residing at: Blaine County
                            Comm.expires: 10/8/2017

*(Notary seal: TRACY DUNLAP, NOTARY PUBLIC, STATE OF IDAHO)*

**COMPLAINT FOR BREACH OF CONTRACT - 6**

Continuation
Declarations



**TRAVELERS**

## HOMEOWNERS POLICY

| Named Insured | Your Agency's Name and Address |
|---|---|
| FRED ZAUNER<br>ANNE ZAUNER<br>PO BOX 1243<br>KETCHUM ID 83340 | WOOD RIVER INS INC<br>410 N MAIN ST<br>HAILEY, ID    83333 |

| | | | |
|---|---|---|---|
| **Your Policy Number:** | 977120738 633 1 | **For Policy Service Call:** | (208) 788-1100 |
| **Your Account Number:** | 977120738 | **For Claim Service Call:** | 1-800-CLAIM33 |

**Policy Period**
FROM: 11-01-08 To: 11-01-09  12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
425 CLUBHOUSE DRIVE
KETCHUM                     ID 83340

### Section I - Property Coverages

| | Limits of Liability | Premium |
|---|---|---|
| A - DWELLING | $ 1,623,000 | $   5,898.00 |
| B - OTHER STRUCTURES | 162,300 | INCL |
| C - PERSONAL PROPERTY | 1,136,100 | INCL |
| D - LOSS OF USE | 486,900 | INCL |

### Section II - Liability Coverages

| | Limits of Liability | Premium |
|---|---|---|
| E - PERSONAL LIABILITY (BODILY INJURY AND PROPERTY DAMAGE) EACH OCCURRENCE | $   500,000 | $      47.00 |
| F - MEDICAL PAYMENTS TO OTHERS- EACH PERSON | 5,000 | INCL |

### Policy Forms and Endorsements

| | | | |
|---|---|---|---|
| HO-3 | (12-86) | Homeowners 3 Special Form | |
| HA-300 ID | (01-03) | Special Provisions | |
| HO-827 | (08-02) | Limited Fungi, Other Microbes or Rot Remediation | $5,000 |
| 57000 | (01-05) | High Value Home Endorsement | |

**Total Premium**                                                          $    5,945.00

### Your Premium Reflects the Following Credits or State Surcharges

| | |
|---|---|
| Security Credit | -2,024.00 |
| Loss Free Credit | -2,131.00 |
| Prime Time Credit | -1,265.00 |

## EXHIBIT |

**Policy Deductible:** $ 1000.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

| First Mortgagee | Second Mortgagee |
|---|---|
| WASHINGTON MUTUAL BANK, F.A.<br>ISAOA<br>PO BOX 100564<br>FLORENCE          SC 29501<br>LOAN NUMBER: 0674660881 | JPMORGAN CHASE BANK NA<br>HOME EQUITY & CONSUMER LENDING<br>1111 POLARIS PARKWAY<br>COLUMBUS          OH 43240<br>LOAN NUMBER: 496490014319 |

**Your Insurer:**  The Automobile Insurance Company of Hartford, Connecticut
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Your Information**

Coverage for your home has been increased by 5.0% to more adequately reflect the cost to rebuild your home. This adjustment was based on information provided by Marshall & Swift/Boeckh, an independent firm specializing in construction and consumer costs. If you need to adjust your limits further, or for any other policy changes, please contact your insurance representative.

This is not a bill.  You will be billed separately for this transaction.

For information about how Travelers compensates independent agents and brokers, please visit www.Travelers.com or call our toll free telephone number 1-866-904-8348. You may also request a written copy from Marketing at One Tower Square, 2GSA, Hartford, Connecticut 06183.

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions HO-3 (12-86) and any attached endorsements form your Homeowners Insurance Policy.  Please keep them with your policy for future reference.



**REE-CONSTRUCTION**

<u>AGREEMENT TO PERFORM REMEDIATION, RESTORATION,</u>
<u>OR RECONSTRUCTION OR OTHER WORK</u>

This AGREEMENT TO PERFORM REMEDIATION/RESTORATION/RECONSTRUCTION OR OTHER WORK ("RRR Agreement") is made and entered into this _4th_ day of _August_, 20__, by and between RSR, Inc., an Idaho corporation d/b/a REE-Construction ("REE-Construction), and _Paul Frank Brewer_ ("Owner"), the owner of or authorized agent for the owner(s) of the property located at _112 Ninth Ave. NE / Buhl_, Idaho ("Property") for the purpose of remediating, restoring, reconstructing or otherwise providing services to the Property following a _water_ loss occurring on _4/25_, 20__ (the "Loss").

**RECITALS**

A.      Owner is the owner or authorized agent for the owner of the Property;

B.      Owner has experienced damage to the Property, which Owner believes is insured;

C.      REE-Construction is a damage restoration contractor;

D.      Owner desires to have REE-Construction undertake work as it deems necessary to remediate, restore, reconstruct or perform other work to return the Property to its pre-Loss condition, or as otherwise directed by Owner;

E.      REE-Construction is willing to provide to Owner its remediation, restoration, reconstruction or other work in accordance with REE-Construction's current published pricing database, to develop and document its scope of work and price for work, and to communicate with Owner's insurance adjusters/agents regarding the scope and price of work in consideration of the terms and conditions set forth herein.

**NOW THEREFORE**, in consideration of the promises and the mutual covenants and agreements contained herein, the sufficiency of which is hereby acknowledged, the parties hereto covenant and agree as follows:

I.
**AGREEMENT TO PERFORM RESTORATION/RECONSTRUCTION SERVICES**

1.1      Upon execution of this RRR Agreement and in accordance with a mutually agreed upon timetable, REE-Construction will commence and complete remediation/restoration/ reconstruction or other work to return the Property to its pre-Loss condition.

1.2      REE-Construction's remediation/restoration/reconstruction or other services will be performed and completed using its understanding of current restoration industry practice and customary construction practices.

1.3      Except as otherwise agreed by the Parties, REE-Construction's charges for its remediation/ restoration/reconstruction or other work will be on a time and materials basis in accordance with Exhibit "A," REE-Construction's current published pricing database for similar work.

II.
**STIPULATED SUM ALTERNATIVE FOR RESTORATION/RECONSTRUCTION**

2.1      At Owner's request, and within thirty (30) days of the execution of this agreement, REE-Construction will provide Owner with a written Stipulated Sum Estimate, representing REE-Construction's offer to do the remediation/restoration/reconstruction or other work for a pre-determined stipulated sum rather than charging Owner on a time and materials basis. Said Stipulated Sum Estimate will be based upon observed damage at the time the estimate is written and will be valid for Owner's acceptance for ten (10) days.

2.2      The Stipulated Sum Estimate will be written and intended to be offered as a package. No individual item will be intended to be priced as or offered to be completed as a standalone item. As a courtesy, estimates may be reformatted to fit insurance carrier's requirements. Any allowances shown for any individual item pricing may have no relationship to REE-Construction's actual costs of production.

2.3      Owner's acceptance of the Stipulated Sum Estimate shall be accomplished only by his/her signature on the estimate, at which time said Stipulated Sum Estimate shall become an addendum to this Agreement subject to all terms and conditions of this Agreement other than the time and materials charges described herein.  If Owner does not agree to the Stipulated Sum, REE-Construction's charges for remediation/restoration/reconstruction or other services performed shall be as described in Section 1.3.

2.4      If after Owner's acceptance of the Stipulated Sum Estimate there are any work additions or changes, the same shall be charged to Owner on a time and materials basis in accordance with Exhibit "A" or pursuant to a separately executed written stipulated sum amount signed by both Parties.

Copyright 2008 RSR, Inc dba REE-Construction

**EXHIBIT 2**

**III.**

**OWNER'S INSURANCE COVERAGE AND ASSIGNMENT OF CLAIM**

3.1   Owner warrants that, upon information and belief, the Property is insured for damage or loss through an

insurance policy issued by _Travelers_____, and that the Loss is covered under said policy.

3.2   Owner hereby appoints REE-Construction as his/her agent in fact for communication purposes with Owner's insurance adjustors/agents. Owner hereby authorizes

_Travelers_____ to release a copy of the insurance policy to REE-Construction. REE-Construction is authorized to disclose such information and documentation as is necessary to negotiate a scope of work and price of work agreement with Owner's insurer(s).

3.3   REE-Construction shall prepare for the Owner and his/her insurance company a document identifying the scope of the mitigation and remediation/restoration/reconstruction or other work arising from the Loss. Owner shall provide REE-Construction access to the Property and other information as is necessary for the preparation of said scope of work and price document.

3.4   In consideration of the mutual covenants contained in this Agreement, the sufficiency of which is hereby acknowledged, Owner hereby sells, assigns, transfers, sets over and by these presents, does sell, assign, transfer and set over unto REE-Construction any and all sums of money, interest, benefit, and proceeds whatsoever now due or hereafter to arise or to be had or made, under said policy of insurance, for work that is performed by REE-Construction pursuant to this Agreement and any written or oral modification, addendum, or amendment hereto. To carry out that assignment, Owner directs the insurance carrier to name REE-Construction as a payee on all drafts generated by said insurer as payment for mitigation and remediation/restoration/reconstruction or other work arising from the Loss. This Assignment of Insurance Claim includes an assignment by Owner to REE-Construction of a bad faith cause of action for the denial of the claim and/or the untimely payment of an amount due that is not fairly debatable.

3.5   The parties recognize that this assignment only assigns the right for REE-Construction to receive payment under the insurance policy for work performed related to property damage remediation/ restoration/ reconstruction or other services only and is not an assignment of any rights of personal injury, which are still owned by the Owner.

3.6   The parties agree that this Assignment of Insurance Claim is a voluntary agreement between the parties.

3.7   To the extent that the Loss and REE-Construction's emergency mitigation and remediation/restoration/ reconstruction or other work are covered by Owner's insurance, the parties agree that REE-Construction will look to the insurance company for the payment of benefits; however, if there is no insurance coverage, inadequate insurance coverage, or Owner authorizes work that is outside of insurance coverage, not covered by the insurance contract, or above policy limits, then the parties understand and agree that Owner shall be responsible for payment. The Parties understand and agree that REE-Construction will not undertake any additional or uninsured work without the prior written approval of Owner.

3.8   Owner understands and agrees that while REE-Construction may cooperate with his/her insurance carrier, REE-Construction is not working for Owner's insurance carrier. While REE-Construction may be called upon to express opinions and to assist in developing the scope of work to complete repairs/restoration, REE-Construction does not control or influence the terms of the insurance policy, does not control or influence the scope of insurance coverage, and does not control the dollar amounts paid by the insurance that is in force.

**IV.**

**LIENS FOR REPAIRS AND CHANGES OUTSIDE INSURED LOSS**

4.1   Owner understands and agrees that REE-Construction is a general contractor, and as such may place a mechanic's lien on the Property within ninety (90) days of substantial completion of work for any unpaid balance for work completed that was approved by Owner and completed outside the scope of insurance coverage, including interest, to protect its rights under the law.

4.2   Pursuant to Idaho Code § 45-525, Owner hereby acknowledges receipt of, and that he/she has read and understands, the following information:

(a)   The homeowner or residential real property purchaser shall have the right at the reasonable expense of the homeowner or residential real property purchaser to require that the general contractor obtain lien waivers from any subcontractors providing services or materials to the general contractor _HW_(initials);

(b)   The homeowner or residential real property purchaser shall have the right to receive from the general contractor proof that the general contractor has a general liability insurance policy including completed operations in effect and proof that the general contractor has worker's compensation insurance for his employees as required by Idaho law _HW_(initials);

(c)   The homeowner or residential real property purchaser shall be informed of the opportunity to purchase an extended policy of title insurance covering certain unfilled or unrecorded liens _HW_(initials); and

Copyright 2008 RSR, Inc dba REE-Construction

(d)      The homeowner or residential real property purchaser shall have the right to require, at the homeowner's or residential real property purchaser's expense, a surety bond in an amount up to the value of the construction project _____ (initials).

4.3     Upon final payment and Owner's request, REE-Construction will provide the Owner with a release of liens for all labor and materials relating to this Agreement.

## V.
## PAYMENT

5.1     Subject to Section 6.2, REE-Construction will invoice Owner and his/her insurance carrier upon substantial completion of work.  Payment in full is due and payable upon receipt of invoice.  Owner agrees to pay a late fee of $7.00 or 1.5% per month (18% per annum), whichever is greater, upon all past-due amounts commencing thirty (30) days after the invoice date.

5.2     Depending upon the size of the project and duration of the work to be completed, progress billings based upon an estimated percentage of work completed may be submitted and will be due and payable upon submission.

5.4     Change orders and supplementals will be invoiced and due at time of approval.

## VI.
## GENERAL TERMS

6.1     Mitigation and Restoration Agreements Severable.  For all purposes under this Agreement, including, but not limited to, the Assignment of Insurance Claim in Article 3, lien enforcement in Article 4, and payment provisions in Article 5, any emergency mitigation services and any restoration/reconstruction services shall be considered independent and severable.

6.2     Materials.  All materials will be equivalent to existing installation in quality, style, dimension and type, unless otherwise specified.  Matching materials will be to closest available materials from regular sources.

6.3     Workmanship.  All installations will be level, straight and plumb and meet generally accepted standards for workmanlike quality.  All applicable code requirements will be satisfied.

6.4     Preparation.  All surfaces will be properly prepared to manufacturer's specifications.

6.5     On Site Procedures.  REE-Construction will remove construction debris from the site in the course of work and will leave the site in broom clean condition at the close of each work day.  Trash construction debris will be removed prior to final completion.  Materials and equipment to be stored on the site during the period of work will be the responsibility of Owner upon delivery.  All work is to be performed between 8:00 a.m. – 5:00 p.m.  Any additional charges and scheduling of any weekend and additional work hours to be mutually agreed to by the parties.  Owner will provide continuous access to the job site during work hours by means of key(s), lock box, or Owner representative.  Owner shall compensate REE-Construction for all lost time and expense if access is not made available.  REE-Construction will exercise normal care and good procedures in transporting materials to and from the Property.

6.6     Contractor Insurance.  REE-Construction will provide a certificate of insurance upon request indicating current aggregate coverage of not less than $1,000,000, with $500,000 per occurrence  for injury to persons and not less than $50,000 for property damage.  REE-Construction will provide Workman's Compensation insurance as required by applicable law.

6.7     Permits.  REE-Construction will secure all necessary building permits and inspections as required by applicable law.

6.8     Warranties.  All labor and material for work covered by this Agreement is guaranteed against defective workmanship for a period of three (3) years from substantial completion or use by the Owner, whichever is earlier, unless otherwise stated.  Any warranties not expressly granted herein, including without limitation, the implied warranties of merchantability and fitness for a particular purpose, are hereby disclaimed.  Manufacturer's warranties, when applicable, supersede REE-Construction's warranties to Owner.  No warranties shall apply until receipt of final payment by REE-Construction.

6.9     Contaminants.  REE-Construction makes no express or implied warranties or guaranties regarding removal or reduction of any biological contaminants without written protocol and unless otherwise specified in writing.  REE-Construction makes no express or implied warranties or guaranties regarding the attainment of any specific level of pathogen or allergen counts as a result of any work specified or anticipated to be completed by this Agreement, unless otherwise stated in writing.  While REE-Construction may have described a range of actions that may be taken during discussions with Owner, REE-Construction does not represent itself as competent to evaluate any pre- or post-project microbiological contamination levels, consequences of any exposure or the efficacy of any method suggested.  REE-Construction suggests that this be established with the participation of a competent third party evaluator, if deemed appropriate by Owner.

6.10    Changes.  Owner shall be responsible for all additional direct and indirect costs (which may not be directly related to any overhead and profit allowances shown) relating to changes in specifications or additional work but will not delay payment for work as originally contracted.  Allowances for deleted items may be granted in REE-Construction's discretion and will not diminish the original provision for overhead and profit.  Due to set-up and supervisory time, allowances are not proportional to the quantities involved.

6.11    Costs.  The terms cost, all cost, overhead and profit are not precise and, if used, may be used interchangeably.  Any such allowances shown may not accurately reflect all indirect costs associated with any project.  Supplied materials are charged at retail, may not reflect all available discounts to REE-Construction and may include

Copyright 2008 RSR, Inc dba REE-Construction

mark-up to reflect costs associated with handling. Subcontracted services may include mark-up and may not reflect all available discounts. Owner-supplied materials may be marked up to cover pick-up, transportation, handling, stocking, etc. and are expressly excluded from any warranty extended by REE-Construction pursuant to this Agreement. Supervision may be shown separately and not be included in hourly production rates. Allowances, if any, for deleted items are granted at REE-Construction's discretion.

6.12   Termination. In the event REE-Construction fails to perform the work in accordance with the terms and conditions of this Agreement, or fails to proceed with or complete the work within the time limit specified by REE-Construction, Owner shall have the right to declare, with written notice to REE-Construction, that REE-Construction is in default of its obligations under this Agreement. Upon notice of default, REE-Construction shall have ten (10) days to cure the event(s) of default, and failing that, Owner shall be entitled to terminate this Agreement, provided that all previous invoices shall have been paid in full. In the event Owner wishes to terminate this Agreement at any time for reasons other than REE-Construction's default, he/she shall do so by providing REE-Construction with thirty (30) days written notice, and Owner shall be liable for monies and obligations expended by REE-Construction on Owner's behalf, plus stated allowances for overhead and profit.

6.13   Indemnification. While REE-Construction is responsible for the completion of work in a manner consistent with a standard widely accepted as appropriate for a competent restoration contractor, Owner hereby agrees to hold REE-Construction harmless for any actual or perceived omissions in REE-Construction's scope of work, as a result of said scope of work being ultimately controlled by Owner and his/her insurer.

6.14   Headings. The title and headings of the various sections hereof are intended for means of reference and are not intended to place any interpretation on the provisions hereof.

6.15   Invalidity. If any provision of this Agreement shall be invalid or unenforceable the remaining provisions shall not be affected thereby, and every provision hereof shall be valid and enforceable to the fullest extent permitted by law.

6.16   Attorneys' Fees. In the event of any litigation between the Parties hereto to enforce any of the provisions of this Agreement, the unsuccessful party to such litigation agrees to pay to the successful party all costs and expenses, including reasonable attorneys' fees incurred by the successful party, all of which may be included as part of the judgment rendered in such litigation.

6.17   Entire Agreement. The terms of this Agreement are intended by the Parties as a final expression of their agreement and may not be contradicted by evidence of any prior or contemporaneous agreement. The Parties further intend that this Agreement constitute the exclusive statement of its terms and that no extrinsic evidence whatsoever may be introduced in any judicial proceedings involving this Agreement. No provision of this Agreement may be amended except by an agreement in writing signed by the Parties hereto or their respective successors in interest. This Agreement shall be governed by and construed in accordance with the laws of the State of Idaho.

6.18   Successors. This Agreement shall be binding upon and inure to the benefit of the heirs, executors, administrators, successors and assigns of the Parties hereto.

6.19   No Relationship with Insurance Companies. REE-Construction does not have any contracts or other agreements with any insurance company to use their pricelists, accept their evaluations of damage or provide undisclosed discounts in exchange for recommendations or referrals. REE-Construction provides "no-conflict" restoration, meaning that REE-Construction will work for you and with your insurance company to fulfill the insurer's promise that you are entitled to have your property restored to its pre-Loss condition. Regardless of REE-Construction's "preferred contractor" status with insurance companies, or any third party representations regarding "preferred contractors," REE-Construction promises to work with your insurance company to ensure that you are not left with unpaid charges for a covered loss.

6.20   Guaranties. By entering into this Agreement, REE-Construction:

1) Will give you an honest appraisal of the damage based upon our experience and knowledge;

2) Will not accept any direction from anyone other than you to do anything but put your Property back to pre-Loss condition;

3) Will work with your insurer for payment of work completed by us as part of the covered damage;

4) Will not undertake any work that is not covered by your insurer without your prior approval;

5) Will not present you with any charges (other than your deductible) for work completed by us as a result of the damage that is not paid by your insurer, unless previously approved by you in writing. Initial _FWZ_

IN WITNESS WHEREOF, the Parties have executed this RRR Agreement as of the date first written above.

REE-CONSTRUCTION                         OWNER/OWNER'S AGENT

                                         _FRED W. ZAUNER_
                                         Printed Name

Copyright 2008 RSR, Inc dba REE-Construction

 **REE–Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

Client:      Zauner, Anne                                    Cellular:   (208) 720-0721

Property:    425 Clubhouse Drive
             Ketchum, ID 83340

Estimator:   Clark Vanek                                     Business:   (208) 788-9111
Company:     Ree-Construction

Business:    720 North Main Unit A
             Bellevue, ID 83313

Type of Estimate:

Date Est. Completed:    8/21/2009

Estimate:    4843-ZAUNER-E2

This water damage has been rated as Class 3 damage, meaning that there are typically wet carpet, pad, drywall above 24". We have instituted drying strategies based upon the value of materials and the likelihood of saving those materials.

To meet your insurer's requirements, descriptions of individual items in this recap of services are input using computerized estimating software and pricing databases containing approximated pricing information and generalized work specifications. Due to this standardized formatting, the computer generated descriptions of work performed tend to be imprecise and based upon typical mitigation scenarios. Any line item entry should be understood to contain the suffix "or similar, comparable or equivalent" to account for any lack of accuracy inherent in such a system. Based upon our knowledge, experience and training, we may have employed alternative methods deemed appropriate to provide equal or more efficient results in mitigating damage. We do not generally "rent" equipment and any descriptions suggesting equipment rental may be extrapolated from mitigation configurations described in the IICRC S-500-2006 Standard and Reference Guides for Professional Water Damage Restoration or similar documents.

Please be advised that while we may cooperate with your insurance carrier, we are not working for your insurance carrier. Our contract is with and we work for the property owner. While we may be called upon to express opinions and to assist in developing a scope of work to complete repairs/restoration, we do not control terms of the insurance policy, we do not decide what is covered and what is not covered by insurance and we do not control dollar amounts paid by the insurance that may be in force.

**EXHIBIT 3**

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**4843-ZAUNER-E2**

**Main Level**

**Area Items:  Main Level**

The following line items are for work performed in the NW bedroom area. It includes demolition of damaged materials and negative air during the drying process and equipment to the dry the area. This is the initial billing for this area.

| | | |
|---|---|---|
| **Room:  Bedroom** | | **Height: 9' 1"** |
| **Subroom 1:    CLOSET** | | **Height: 9' 1"** |

185. Air mover (per 24 hour period) - No monitoring                                         33.00 EA
The original billing addressed the equipment rental for this area up to the 11th of August. Due to the type of damage drying equipment was left in place until 14th of September due to the fact that every time it rained this area inside the house would become wet again and would need to dried out.

| | | |
|---|---|---|
| **Room:   NorthBdrm** | | **Height: 9' 1"** |

| | | |
|---|---|---|
| 183.  Containment Barrier/Airlock/Decon. Chamber | 104.00 | SF |
| 154.  Tear out wet non-salvageable carpet, cut & bag for disp. | 278.71 | SF |
| 155.  Tear out wet carpet pad and bag for disposal | 278.71 | SF |
| 156.  Tear out wet drywall, cleanup, bag for disposal | 110.00 | SF |
| 157.  Tear out and bag wet insulation | 110.00 | SF |
| 160.  Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 | DA |

**Place contained area under negative pressure to amplify containment and minimize additional clean-up - or equivalent.**

184. Air mover (per 24 hour period) - No monitoring                                         37.00 EA
airmovers were used to dry the affected areas (SW corner and NW corners of room) the equipment was left in place until September 14th for drying purposes
due to the type of leak (coming from the roof drain system) and the actual time the leak was fixed the drying equipment was left in place for a period of time longer than a normal damage would require

| | | |
|---|---|---|
| 187.  Apply anti-microbial agent | 278.71 | SF |
| 174.  Remove Window blind - horizontal or vertical - Extra large | 1.00 | EA |
| 175.  Remove Window blind - horizontal or vertical | 3.00 | EA |

**Crawl**

| | | |
|---|---|---|
| **Room:   Crawl Space** | | **Height: 3'** |

186. Air mover (per 24 hour period) - No monitoring                                         33.00 EA
The original billing addressed the equipment rental for this area up to the 11th of August. Due to the type of damage drying equipment was left in place until 14th of September due to the fact that every time it rained this area inside the house would become wet again and would need to dried out.

**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**Room:   General**

| | | |
|---|---|---|
| 153.  Haul debris - per pickup truck load - including dump fees | | 1.00  EA |

Grand Total                                        4,168.57

Clark Vanek

I have reviewed the descriptions and specifications of the work outlined in this itemized scope of work and estimated cost of repairs.  I authorize REE-Construction to complete the work described at the amount quoted under the previously approved contract and warranty terms.

Zauner, Anne                                          Date

I attest that I am a duly authorized representative of the property owner and authorize REE-Construction to proceed as described above.

Authorized Representative                              Date

4843-ZAUNER-E2



## REE-Construction

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

| | | | |
|---|---|---|---|
| Client: | Zauner, Anne | Cellular: | (208) 720-0721 |
| Property: | 425 Clubhouse Drive | | |
| | Ketchum, ID 83340 | | |

Operator Info:
Operator:     BRAD

| | | | |
|---|---|---|---|
| Estimator: | Brad Mantz | Business: | (208) 788-9111 |
| Business: | 720 N Main Unit A | | |
| | Bellevue, ID 83313 | | |

Type of Estimate:     Water Damage
Date Entered:     7/24/2009        Date Assigned:     7/24/2009
Date Est. Completed:     4/16/2010        Date Job Completed:

Price List:     IDSV5B_JUN09
Labor Efficiency:     Restoration/Service/Remodel
Estimate:     4843-ZAUNER-S-R3

We, (RSR, Inc dba REE-Construction, Idaho RCE #220/Idaho PW#C16409-hereinafter "REE-Construction") present the following scope of work and stipulated sum agreement to do work under the contract and warranty terms in place for this project. This offer is based upon our observations and information provided by owner at the time the estimate was written. The offer is valid for work begun within 30 days of its submittal, except as noted below or in the original work authorization. Any substantial additions and/or deletions will be brought to the attention of the owner(s), owner(s) agent, or responsible party (herein after "owner") for verbal or written approval to proceed. Any such additions or deletions shall be approved under the terms of the original agreement, specifically the section titled "Changes" in the Contract and Warranty Provisions, unless specified in writing.

# EXHIBIT 4

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

4843-ZAUNER-S-R3

4843-ZAUNER-

4843-ZAUNER-

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

The following is an estimate for the repairs to restore the property to it's pre-loss condition. This estimate is based upon observable conditions at the time of inspection, however, the scope of repairs may change as the repairs progress should other conditions present themselves. Some items have been noted but repair costs not estimated due to an inability to ascertain the extent of the damage until such time as it is prudent to proceed with the "revealing" activities.

Total: 4843-ZAUNER-                                                                                          0.00

**Main Level**

**Bedroom**                                                                          Height: 9' 1"

437.13  SF Walls                          191.38  SF Ceiling
628.51  SF Walls & Ceiling                191.38  SF Floor
21.26  SY Flooring                         43.60  LF Floor Perimeter
60.60  LF Ceil. Perimeter

| Missing Wall: | 1 – | 2' 6" X 6' 8" | Opens into LANDING | Goes to Floor |
| Missing Wall: | 1 – | 2' 6" X 6' 8" | Opens into BATH | Goes to Floor |
| Missing Wall: | 1 – | 6' X 6' 8" | Opens into Exterior | Goes to Floor |

**Subroom 1: CLOSET**                                                               Height: 9' 1"

148.68  SF Walls                           18.79  SF Ceiling
167.47  SF Walls & Ceiling                 18.79  SF Floor
2.09  SY Flooring                         14.77  LF Floor Perimeter
20.77  LF Ceil. Perimeter

| Missing Wall: | 1 – | 6' X 6' 8" | Opens into BEDROOM | Goes to Floor |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 212.  Contents – move out then reset | 1.00 EA | 0.00 | 44.00 | 44.00 |
| Move and reset contents to facilitate repairs - or equivalent. | | | | |
| 213.  Dust control barrier per square foot | 108.00 SF | 0.45 | 0.00 | 48.60 |
| Contain area during drywall repairs by setting up a plastic barrier wall across the bedroom - or equivalent. | | | | |
| 214.  Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 0.00 | 71.32 | 356.60 |

4843-ZAUNER-S-R3

10/28/2011                    Page: 2



**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

### CONTINUED - Bedroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Place contained area under negative pressure to amplify containment and minimize additional clean-up - or equivalent. | | | | |
| 215. Batt insulation - 10" - R30 | 48.00 SF | 0.00 | 1.09 | 52.32 |
| Replace ceiling insulation where replaced - or equivalent. | | | | |
| 216. Batt insulation - 6" - R19 | 84.00 SF | 0.00 | 0.83 | 69.72 |
| Replace insulation where removed on exterior wall - or equivalent. | | | | |
| 217. Visqueen vapor barrier | 132.00 SF | 0.00 | 0.19 | 25.08 |
| 218. Drywall replacement per LF - up to 2' tall | 6.00 LF | 0.00 | 6.55 | 39.30 |
| Remove and replace effected drywall south wall adjacent to exterior wall - or equivalent. | | | | |
| 219. 5/8" drywall - hung, taped, ready for texture | 156.00 SF | 0.00 | 1.30 | 202.80 |
| Replace on exterior wall and 4' of ceiling along exterior wall due to water damage - or equivalent. | | | | |
| 220. Add for bullnose (rounded) corners - per LF | 19.33 LF | 0.00 | 1.93 | 37.31 |
| Bullnose corners on doorway opening - or equivalent. | | | | |
| 221. Texture drywall - smooth / skim coat | 503.07 SF | 0.00 | 0.77 | 387.36 |
| Skim coat applied to entire surface of effected areas to facilitate texture application to match existing - or equivalent. | | | | |
| 222. Texture drywall - heavy hand texture | 503.07 SF | 0.00 | 0.58 | 291.78 |
| Re-texture effected walls to match existing - or equivalent. | | | | |
| 223. Mask and prep for paint - plastic, paper, tape (per LF) | 81.37 LF | 0.00 | 1.01 | 82.18 |
| 224. Seal/prime part of the walls - one coat | 503.07 SF | 0.00 | 0.40 | 201.23 |
| Seal new drywall and texture - or equivalent. | | | | |
| 225. Paint the surface area - two coats | 628.51 SF | 0.00 | 1.04 | 653.65 |
| Paint the walls and ceiling of the bedroom only, close match to existing - or equivalent. | | | | |
| 226. Paint door or window opening - Large - 2 coats (per side) | 1.00 EA | 0.00 | 27.40 | 27.40 |
| Patio and closet doorways, bedroom side - or equivalent. | | | | |
| 227. Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 23.28 | 46.56 |
| Bedroom and bath doorways, bedroom side - or equivalent. | | | | |
| 228. (Install) Window blind - horizontal or vertical - Extra large | 1.00 EA | 0.00 | 50.04 | 50.04 |
| Reset blind on patio door opening - or equivalent. | | | | |
| 229. Bypass (sliding) door set - slabs only - Detach & reset | 1.00 EA | 0.00 | 27.77 | 27.77 |

4843-ZAUNER-S-R3



**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**CONTINUED - Bedroom**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 230.  Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 19.67 | 19.67 |
| 231.  Clean floor | 210.17 SF | 0.00 | 0.40 | 84.07 |
| 232.  Carpet pad - High grade | 210.17 SF | 0.00 | 0.73 | 153.42 |
| 7/16" x #8 re-bond - or equivalent. | | | | |
| 233.  Carpet - per specs from independent carpet analysis | 213.00 SF | 0.00 | 0.64 | 136.32 |
| Material cost allowance for carpet will be determined and addressed in a supplement - or equivalent. | | | | |
| 234.  (Material Only) Carpet - High grade | 213.00 SF | 0.00 | 3.40 | 724.20 |
| Material cost allowance per ITEL report for carpet only is $3.40 SF ($30.60 SY) - or equivalent. | | | | |

| | | |
|---|---|---|
| Totals:  Bedroom | | 3,761.38 |



**Bath**  Height: 9' 1"

305.79 SF Walls
369.04 SF Walls & Ceiling
7.03 SY Flooring
35.50 LF Ceil. Perimeter

63.25 SF Ceiling
63.25 SF Floor
33.00 LF Floor Perimeter

Missing Wall:   1 -   2' 6" X 6' 8"      Opens into BEDROOM       Goes to Floor



**Subroom 1: TUBSHWR**  Height: 9' 1"

89.32 SF Walls
101.40 SF Walls & Ceiling
1.34 SY Flooring
9.83 LF Ceil. Perimeter

12.08 SF Ceiling
12.08 SF Floor
9.83 LF Floor Perimeter

Missing Wall:   1 -   4' 10" X 9' 1"      Opens into BATH       Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 235.  Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 19.67 | 19.67 |
| 236.  Contents - move out then reset - Small room | 1.00 EA | 0.00 | 33.03 | 33.03 |
| Shifted contents to unaffected area | | | | |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

### CONTINUED - Bath

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 237. Batt insulation - 10" - R30 | 29.33 SF | 0.00 | 1.09 | 31.97 |
| Replace ceiling insulation where replaced - or equivalent. | | | | |
| 238. Batt insulation - 6" - R19 | 65.97 SF | 0.00 | 0.83 | 54.76 |
| Replace insulation where removed on exterior wall - or equivalent. | | | | |
| 239. Visqueen vapor barrier | 95.33 SF | 0.00 | 0.19 | 18.11 |
| 240. 5/8" drywall - hung, taped, ready for texture | 95.33 SF | 0.00 | 1.30 | 123.93 |
| Remove and replace on exterior wall and 4' of ceiling along exterior wall due to water damage - or equivalent. | | | | |
| 241. Add for bullnose (rounded) corners - per LF | 13.00 LF | 0.00 | 1.93 | 25.09 |
| 242. Texture drywall - smooth / skim coat | 120.33 SF | 0.00 | 0.77 | 92.65 |
| Skim coat as necessary to facilitate texture application to match existing - or equivalent. | | | | |
| 243. Texture drywall - heavy hand texture | 120.33 SF | 0.00 | 0.58 | 69.79 |
| Re-texture effected walls to match existing - or equivalent. | | | | |
| 244. Mask and prep for paint - plastic, paper, tape (per LF) | 45.00 LF | 0.00 | 1.01 | 45.45 |
| 245. Towel bar - Detach & reset | 2.00 EA | 0.00 | 14.79 | 29.58 |
| 246. Toilet paper holder - Detach & reset | 1.00 EA | 0.00 | 15.62 | 15.62 |
| 247. Robe hook - Detach & reset | 1.00 EA | 0.00 | 7.82 | 7.82 |
| 248. Shower curtain rod - Detach & reset | 1.00 EA | 0.00 | 14.06 | 14.06 |
| 249. Seal/prime the surface area - one coat | 120.33 SF | 0.00 | 0.40 | 48.13 |
| Seal new drywall and texture - or equivalent. | | | | |
| 250. Paint more than the ceiling - two coats | 378.10 SF | 0.00 | 1.04 | 393.22 |
| Close color match to existing - or equivalent. | | | | |
| 251. Paint door or window opening - 2 coats (per side) | 2.00 EA | 0.00 | 23.28 | 46.56 |
| 252. (Install) Baseboard electric heater - 2' | 1.00 EA | 0.00 | 53.29 | 53.29 |
| Reset baseboard heater where removed - or equivalent. | | | | |
| 253. (Install) Vanity | 5.00 LF | 0.00 | 35.90 | 179.50 |
| 254. (Install) Vanity top - two sinks - cultured marble - high grade | 5.00 LF | 0.00 | 24.39 | 121.95 |
| 255. (Install) Backsplash - solid surface - Unattached | 8.00 LF | 0.00 | 3.75 | 30.00 |
| 256. P-trap assembly - ABS (plastic) | 2.00 EA | 0.00 | 43.41 | 86.82 |
| 257. R&R Plumbing fixture supply line | 4.00 EA | 3.51 | 12.63 | 64.56 |
| 258. (Install) Bathtub | 1.00 EA | 0.00 | 284.37 | 284.37 |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

## CONTINUED - Bath

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 259.  Wall veneer panels - cultured marble | 88.00 SF | 0.00 | 19.10 | 1,680.80 |
| Material cost allowance for cultured marble only, per Xactimate, is $12.60 SF - or equivalent. | | | | |
| 261.  Caulking - silicone | 54.00 LF | 0.00 | 2.31 | 124.74 |
| Seal edges of surround panels - or equivalent. | | | | |
| 262.  R&R Wall - shampoo soap dish shelf - cultured marble | 1.00 EA | 4.38 | 73.59 | 77.97 |
| 263.  R&R Wall - corner shelf - cultured marble | 1.00 EA | 4.38 | 53.69 | 58.07 |
| 264.  (Install) Tub/shower faucet - High grade | 1.00 EA | 0.00 | 104.97 | 104.97 |
| 265.  Clean floor | 63.25 SF | 0.00 | 0.40 | 25.30 |
| 266.  Carpet pad - High grade | 63.25 SF | 0.00 | 0.73 | 46.17 |
| 7/16" x #8 re-bond - or equivalent. | | | | |
| 267.  Carpet - per specs from independent carpet analysis | 132.00 SF | 0.00 | 0.64 | 84.48 |
| Material cost allowance for carpet will be determined and addressed in a supplement - or equivalent. | | | | |
| 268.  (Material Only) Carpet - High grade | 132.00 SF | 0.00 | 3.40 | 448.80 |
| Material cost allowance per ITEL report for carpet only is $3.40 SF ($30.60 SY) - or equivalent. | | | | |

Totals: Bath

4,541.23

---

**NorthBdrm** Height: 9' 1"

613.51 SF Walls
892.22 SF Walls & Ceiling
30.97 SY Flooring
79.08 LF Ceil. Perimeter

278.71 SF Ceiling
278.71 SF Floor
68.08 LF Floor Perimeter

| Missing Wall: | 1 - | 6' X 6' 8" | Opens into Exterior | |
| Missing Wall: | 1 - | 3' X 3' 6" | Opens into Exterior | Goes to Floor |
| Missing Wall: | 1 - | 3' X 3' 6" | Opens into Exterior | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 - | 3' X 3' 6" | Opens into Exterior | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 - | 2' 6" X 6' 8" | Opens into NBDRMBATH | Goes to neither Floor/Ceiling |
| Missing Wall: | 1 - | 2' 6" X 6' 8" | Opens into LANDING | Goes to Floor |
| | | | | Goes to Floor |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

CONTINUED - NorthBdrm



Subroom 1: NBDRMCLST                                                Height: 9' 1"

| | |
|---|---|
| 243.74 SF Walls | 38.54 SF Ceiling |
| 282.28 SF Walls & Ceiling | 38.54 SF Floor |
| 4.28 SY Flooring | 26.83 LF Floor Perimeter |
| 26.83 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 269. Contents - move out then reset | 1.00 EA | 0.00 | 44.00 | 44.00 |
| Move and reset contents to facilitate repairs - or equivalent. | | | | |
| 270. Dust control barrier per square foot | 103.50 SF | 0.45 | 0.00 | 46.58 |
| Contain area during drywall repairs by setting up a plastic barrier wall across the bedroom - or equivalent. | | | | |
| 271. Negative air fan/Air scrubber (24 hr period) - No monit. | 5.00 DA | 0.00 | 71.32 | 356.60 |
| Place contained area under negative pressure to amplify containment and minimize additional clean-up - or equivalent. | | | | |
| 272. Batt insulation - 10" - R30 | 16.00 SF | 0.00 | 1.09 | 17.44 |
| Replace ceiling insulation where removed - or equivalent. | | | | |
| 273. Batt insulation - 6" - R19 | 36.00 SF | 0.00 | 0.83 | 29.88 |
| Replace insulation where removed on exterior wall - or equivalent. | | | | |
| 274. Visqueen vapor barrier | 52.00 SF | 0.00 | 0.19 | 9.88 |
| 275. Drywall replacement per LF - up to 2' tall | 6.00 LF | 0.00 | 6.55 | 39.30 |
| Remove and replace effected drywall south wall adjacent to exterior wall - or equivalent. | | | | |
| 276. 5/8" drywall - hung, taped, ready for texture | 52.00 SF | 0.00 | 1.30 | 67.60 |
| Replace 4' on exterior wall and 4' of ceiling along exterior wall due to water damage - or equivalent. | | | | |
| 277. Add for bullnose (rounded) corners - per LF | 13.00 LF | 0.00 | 1.93 | 25.09 |
| Bullnose corners on doorway opening, one side and top - or equivalent. | | | | |
| 278. Texture drywall - smooth / skim coat | 485.71 SF | 0.00 | 0.77 | 374.00 |
| Skim coat applied to entire surface of effected areas to facilitate texture application to match existing - or equivalent. | | | | |
| 279. Texture drywall - heavy hand texture | 485.71 SF | 0.00 | 0.58 | 281.71 |
| Re-texture effected walls to match existing - or equivalent. | | | | |
| 280. Mask and prep for paint - plastic, paper, tape (per LF) | 79.08 LF | 0.00 | 1.01 | 79.87 |
| 281. Seal/prime the surface area - one coat | 485.71 SF | 0.00 | 0.40 | 194.28 |
| Seal new drywall and texture - or equivalent. | | | | |

4843-ZAUNER-S-R3

10/28/2011          Page: 7



**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

### CONTINUED – NorthBdrm

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 282. Paint the surface area - two coats | 892.22 SF | 0.00 | 1.04 | 927.91 |
| Paint the walls and ceiling of the bedroom only, close match to existing - or equivalent. | | | | |
| 283. Paint door or window opening – Large - 2 coats (per side) | 1.00 EA | 0.00 | 27.40 | 27.40 |
| Patio and closet doorways, bedroom side - or equivalent. | | | | |
| 284. Paint door or window opening - 2 coats (per side) | 5.00 EA | 0.00 | 23.28 | 116.40 |
| Bedroom and bath doorways and three windows, bedroom side - or equivalent. | | | | |
| 285. (Install) Window blind - horizontal or vertical - Extra large | 1.00 EA | 0.00 | 50.04 | 50.04 |
| Reset blind on patio door opening - or equivalent. | | | | |
| 286. (Install) Window blind - horizontal or vertical | 3.00 EA | 0.00 | 36.99 | 110.97 |
| Reset blinds on bedroom windows - or equivalent. | | | | |
| 287. Bypass (sliding) door set - slabs only - Detach & reset | 1.00 EA | 0.00 | 27.77 | 27.77 |
| 288. Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 19.67 | 19.67 |
| 289. Clean floor | 317.26 SF | 0.00 | 0.40 | 126.90 |
| 290. Carpet pad - High grade | 317.26 SF | 0.00 | 0.73 | 231.60 |
| 7/16" x #8 re-bond - or equivalent. | | | | |
| 291. Carpet - per specs from independent carpet analysis | 444.00 SF | 0.00 | 0.64 | 284.16 |
| Material cost allowance for carpet will be determined and addressed in a supplement - or equivalent. | | | | |
| 292. (Material Only) Carpet - High grade | 444.00 SF | 0.00 | 3.40 | 1,509.60 |
| Material cost allowance per ITEL report for carpet only is $3.40 SF ($30.60 SY) - or equivalent. | | | | |

Totals: NorthBdrm

4,998.65



**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547



**NbdrmBath**

Height: 9' 1"

| | |
|---|---|
| 176.80 SF Walls | 46.80 SF Ceiling |
| 223.60 SF Walls & Ceiling | 46.80 SF Floor |
| 5.20 SY Flooring | 18.13 LF Floor Perimeter |
| 23.13 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   2' 6" X 6' 8"     Opens into NORTHBDRM     Goes to Floor

**Subroom 1: LINEN**

Height: 9' 1"

| | |
|---|---|
| 89.31 SF Walls | 8.51 SF Ceiling |
| 97.81 SF Walls & Ceiling | 8.51 SF Floor |
| 0.95 SY Flooring | 9.17 LF Floor Perimeter |
| 11.67 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   2' 6" X 6' 8"     Opens into NBDRMBATH     Goes to Floor



**Subroom 2: TUBSHWR1**

Height: 9' 1"

| | |
|---|---|
| 97.94 SF Walls | 14.53 SF Ceiling |
| 112.47 SF Walls & Ceiling | 14.53 SF Floor |
| 1.61 SY Flooring | 10.78 LF Floor Perimeter |
| 10.78 LF Ceil. Perimeter | |

**Missing Wall:**   1 -   5' 3 3/8" X 9' 1"     Opens into NBDRMBATH     Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 293.  Interior door - Detach & reset - slab only | 1.00 EA | 0.00 | 19.67 | 19.67 |
| 294.  Clean floor | 55.31 SF | 0.00 | 0.40 | 22.12 |
| 295.  Carpet pad - High grade 7/16" x #8 re-bond - or equivalent. | 46.80 SF | 0.00 | 0.73 | 34.16 |
| 296.  Carpet - per specs from independent carpet analysis | 0.00 SF | 0.00 | 0.64 | 0.00 |

Carpeting cost for this area are included in the adjacent bedroom totals.  Material cost allowance for carpet will be determined and addressed in a supplement - or equivalent.

Totals:  NbdrmBath

75.95

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547



**Garage**                                                                    Height: 9' 1"

438.56 SF Walls                           406.60 SF Ceiling
845.17 SF Walls & Ceiling                 406.60 SF Floor
45.18 SY Flooring                         43.75 LF Floor Perimeter
81.75 LF Ceil. Perimeter

Missing Wall:        1 –    16' X 8'          Opens into Exterior              Goes to Floor

**Subroom 1:  GARAGE2**                                                        Height: 8'

372.00 SF Walls                           267.67 SF Ceiling
639.67 SF Walls & Ceiling                 267.67 SF Floor
29.74 SY Flooring                         46.50 LF Floor Perimeter
68.50 LF Ceil. Perimeter

Missing Wall:        1 –    22' X 8'          Opens into GARAGE              Goes to Floor/Ceiling

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 297.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 65.99 | 65.99 |
| 298.  Dust control barrier per square foot | 198.00 SF | 0.45 | 0.00 | 89.10 |
| **Contain north bay of garage to separate from the remaining garage areas and minimize clean-up - or equivalent.** | | | | |
| 299.  Mask and prep for paint - plastic, paper, tape (per LF) | 128.25 LF | 0.00 | 1.01 | 129.53 |
| 300.  Floor protection - self-adhesive plastic film | 674.27 SF | 0.00 | 0.59 | 397.82 |
| **Cover and protect the floor during the repairs - or equivalent.** | | | | |
| 301.  Drywall Installer / Finisher - per hour | 5.00 HR | 0.00 | 58.99 | 294.95 |
| **Repair drywall damage on ceiling and walls as necessary - or equivalent.** | | | | |
| 302.  Paint more than the ceiling - two coats | 845.17 SF | 0.00 | 1.04 | 878.98 |
| **Paint ceiling and walls, close color match to the existing - or equivalent.** | | | | |

Totals:  Garage                                                                         1,856.37

Total: Main Level                                                                       15,233.58

**Sun Deck**

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**Sun Deck**                                                                 Height: 8'

| | |
|---|---|
| 734.88 SF Walls | 1,032.94 SF Ceiling |
| 1,767.82 SF Walls & Ceiling | 1,032.94 SF Floor |
| 114.77 SY Flooring | 141.58 LF Floor Perimeter |
| 67.00 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 17' 6" X 5' 4" | Opens into Exterior | Goes to Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 49' 3" X 5' 4" | Opens into Exterior | Goes to Ceiling |
| Missing Wall: | 1 - | 7' 10" X 5' 4" | Opens into Exterior | Goes to Ceiling |

**Subroom 1: LANDING**                                                       Height: 8'

| | |
|---|---|
| 31.11 SF Walls | 17.67 SF Ceiling |
| 48.78 SF Walls & Ceiling | 17.67 SF Floor |
| 1.96 SY Flooring | 9.50 LF Floor Perimeter |
| 1.08 LF Ceil. Perimeter | |

| Missing Wall: | 1 - | 4' 1" X 8' | Opens into SUN_DECK1 | Goes to Floor/Ceiling |
|---|---|---|---|---|
| Missing Wall: | 1 - | 3' 10 1/2" X 5' 4" | Opens into Exterior | Goes to Ceiling |
| Missing Wall: | 1 - | 4' 6 1/2" X 5' 4" | Opens into Exterior | Goes to Ceiling |
| Missing Wall: | 1 - | 4' X 8' | Opens into STAIRS | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 303.  Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 177.06 | 177.06 |

Remove sun deck contents and place in storage in crawl space then reset upon completion of the repairs - or equivalent.

| | | | | |
|---|---|---|---|---|
| 304.  Remove Paver brick | 1,050.60 SF | 1.85 | 0.00 | 1,943.61 |

Remove pavers and pedestals to facilitate roof replacement due to ice and snow damage - or equivalent.  This action is taken per meeting with David Abbott and the contractors he brought to verify scope of damage, Justin Larsen of Valley Maintenance and Rick Silva of Gem State Roofing, on Sept. 3, 2009.

| | | | | |
|---|---|---|---|---|
| 305.  R&R Rubber roofing - Perimeter adhered system - 60 mil | 15.00 SQ | 40.81 | 235.25 | 4,140.90 |

Remove and replace rubber roofing membrane - or equivalent.  This action is taken per meeting with David Abbott and the contractors he brought to verify scope of damage, Justin Larsen of Valley Maintenance and Rick Silva of Gem State Roofing, on Sept. 3, 2009.

| | | | | |
|---|---|---|---|---|
| 306.  Caulking - butyl rubber | 320.00 LF | 0.00 | 2.84 | 908.80 |

Seal roof membrane as necessary - or equivalent.

| | | | | |
|---|---|---|---|---|
| 307.  R&R Flash parapet wall only | 160.00 LF | 1.40 | 7.57 | 1,435.20 |

Flash EPDM membrane where it turns up the parapet and house walls - or equivalent.

| | | | | |
|---|---|---|---|---|
| 308.  R&R Insulation - ISO board, 1 1/2" | 2.50 SQ | 28.35 | 141.53 | 424.71 |

4843-ZAUNER-S-R3

10/28/2011                    Page: 11

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**CONTINUED - Sun Deck**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Tapered foam board - or equivalent. The tapered foam board is used to direct the water to the scuppers and prevent ponding. Xactimate does not have a line item for this specific item. The item above has been used in it's stead as it is the closest match. | | | | |
| 309. Roofing - walkway boards | 1,280.00 SF | 0.00 | 3.05 | 3,904.00 |
| Replace protection board - or equivalent. Protection board installed over EPDM roof membrane to facilitate the re-installation of the roof deck pavers. | | | | |
| 310. R&R Roof scupper - aluminum | 4.00 EA | 8.77 | 147.36 | 624.52 |
| 311. Adjustment from Xactimate described 4" aluminum scupper to an 8" copper to match the existing - or equivalent | 4.00 EA | 0.00 | 35.00 | 140.00 |
| 312. Roofer - per hour | 12.00 HR | 0.00 | 72.27 | 867.24 |
| Labor to seal scuppers replaced due to damage event - or equivalent. This action is taken per meeting with David Abbott and the contractors he brought to verify scope of damage, Justin Larsen of Valley Maintenance and Rick Silva of Gem State Roofing, on Sept. 3, 2009. | | | | |
| 313. Mask and prep for paint - plastic, paper, tape (per LF) | 151.50 LF | 0.00 | 1.01 | 153.02 |
| Mask and cover as necessary to facilitate stucco applications - or equivalent. Mask material transitions and cover windows & doors. | | | | |
| 314. Detach & Reset Light fixture - wall sconce | 6.00 EA | 0.00 | 0.00 | 223.62 |
| Detach and reset exterior wall sconce to facilitate repairs - or equivalent. | | | | |
| 315. Detach & Reset Exterior outlet or switch | 2.00 EA | 0.00 | 0.00 | 38.78 |
| Detach and reset exterior outlet to facilitate repairs - or equivalent. | | | | |
| 316. Mask or cover per square foot | 1,050.60 SF | 0.30 | 0.00 | 315.18 |
| Mask and/or cover work areas as necessary during repairs to the deck and roof areas - or equivalent. | | | | |
| 317. Remove Synthetic stucco on 1" polystyrene board | 399.88 SF | 0.35 | 0.00 | 139.96 |
| Remove EFIS from parapet wall and cut up 18" on house wall to facilitate roof replacement - or equivalent. This action is taken per meeting with David Abbott and the contractors he brought to verify scope of damage, Justin Larsen of Valley Maintenance and Rick Silva of Gem State Roofing, on Sept. 3, 2009. | | | | |
| 318. Stucco Plasterer - per hour | 8.00 HR | 0.00 | 40.26 | 322.08 |
| Labor to layout and mark for perimeter cuts as well as additional time required to remove the bottom section of stucco on the house walls - or equivalent. | | | | |
| 319. House wrap (air/moisture barrier) | 399.88 SF | 0.00 | 0.23 | 91.97 |
| 320. Flashing - Sill flashing - moldable tape | 84.00 LF | 0.00 | 6.11 | 513.24 |
| 6" flashing tape - or equivalent. Flash around patio doors as necessary. | | | | |
| 321. Synthetic stucco on 1" polystyrene board - Water managed | 399.88 SF | 0.00 | 7.18 | 2,871.14 |

4843-ZAUNER-S-R3

10/28/2011          Page: 12

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

## CONTINUED - Sun Deck

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 322.  R&R Flashing, 14" wide | 160.00 LF | 0.42 | 2.54 | 473.60 |
| Termination flashing for stucco - or equivalent. | | | | |
| 323.  Roofer - per hour | 3.00 HR | 0.00 | 72.27 | 216.81 |
| Labor to fabricate termination flashing with drip edge - or equivalent. | | | | |
| 324.  Stucco color coat (Redash) - Synthetic | 719.13 SF | 0.00 | 2.27 | 1,632.43 |
| Re-coat the remainder of the effected side and chimney to facilitate match - or equivalent. | | | | |
| 325.  Stucco repair around doors, windows, etc - 1st floor | 124.00 LF | 0.00 | 10.00 | 1,240.00 |
| Wrap the window/door jamb with stucco - or equivalent | | | | |
| 326.  Synthetic stucco - additional charge for raised trim | 75.75 LF | 0.00 | 4.02 | 304.52 |
| Crown on the parapet wall - or equivalent. | | | | |
| 327.  Brick mold - Detach & reset | 75.75 LF | 0.00 | 1.29 | 97.72 |
| Detach and reset brick mold along the top of the parapet wall to facilitate repairs - or equivalent. | | | | |
| 328.  Caulking - acrylic | 75.75 LF | 0.00 | 1.92 | 145.44 |
| Re-caulk brick mold upon reset - or equivalent. | | | | |
| 329.  Seal & paint trim - two coats | 75.75 LF | 0.00 | 1.07 | 81.05 |
| Paint brick mold upon reset following the EFIS replacement/repair - or equivalent. | | | | |
| 330.  Caulking - acrylic | 124.00 LF | 0.00 | 1.92 | 238.08 |
| Caulk windows and doors as necessary - or equivalent. | | | | |
| 331.  (Install) Paver brick | 1,050.60 SF | 0.00 | 5.77 | 6,061.96 |
| Labor only - or equivalent. | | | | |
| 332.  Paver brick | 81.00 SF | 0.00 | 8.08 | 654.48 |
| Replace pavers as necessary due to damage repair adjustments - or equivalent. | | | | |
| 333.  Remove and replace paver pedestal | 535.00 EA | 0.00 | 9.74 | 5,210.90 |

Paver pedestals require replacement to facilitate a proper re-install of the pavers following the replacement of the roof - or equivalent.  The pavers require a pedestal at each corner and the pedestal heights are adjusted for each position to compensate for the slope of the roof, restoring the level deck surface.  This action is taken per meeting with David Abbott and the contractors he brought to verify scope of damage, Justin Larsen of Valley Maintenance and Rick Silva of Gem State Roofing, on Sept. 3, 2009.

Totals:  Sun Deck

35,592.02



**REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

|— 11'8" —|

**Stairs**                                                                                     Height: 15' 7"

133.64 SF Walls                          43.00 SF Ceiling
176.64 SF Walls & Ceiling                79.98 SF Floor
8.89 SY Flooring                         13.14 LF Floor Perimeter
11.33 LF Ceil. Perimeter

| Missing Wall: | 1 - | 10' 9" X 12' 11" | Opens into Exterior | Goes to Ceiling |
| Missing Wall: | 1 - | 4' X 15' 7" | Opens into LANDING | Goes to Floor/Ceiling |
| Missing Wall: | 1 - | 4' X 15' 7" | Opens into Exterior | Goes to Floor/Ceiling |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 334. Floor protection - self-adhesive plastic film | 120.00 SF | 0.42 | 0.00 | 50.40 |
| Cover and protect steps during repairs - or equivalent. | | | | |
| 335. Mask and prep for paint - plastic, paper, tape (per LF) | 27.00 LF | 0.00 | 1.01 | 27.27 |
| Mask and cover as necessary to facilitate stucco applications - or equivalent. | | | | |
| 336. Stucco color coat (Redash) - Synthetic | 36.50 SF | 0.00 | 2.27 | 82.86 |
| Re-coat outside wall on stairway due to damage repairs - or equivalent. | | | | |
| 337. Synthetic stucco - additional charge for raised trim | 13.87 LF | 0.00 | 4.02 | 55.76 |
| Crown on the parapet wall - or equivalent. | | | | |
| 338. Seal & paint trim - two coats | 13.87 LF | 0.00 | 1.07 | 14.84 |
| Paint brick mold following the EFIS replacement/repair - or equivalent. | | | | |

Totals: Stairs                                                                                           231.13

Total: Sun Deck                                                                                      35,823.15

**Exterior**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 386. R&R Sheathing - waferboard - 1/2" | 256.00 SF | 0.39 | 0.96 | 345.60 |
| Remove and replace exterior wall sheathing as necessary - or equivalent. | | | | |
| 387. R&R Flashing, 14" wide | 40.00 LF | 0.42 | 2.54 | 118.40 |
| 388. Roofer - per hour | 3.00 HR | 0.00 | 72.27 | 216.81 |
| Fabrication of termination & flashing along the bottom of the front reveal to comply w/ clearance code - or equivalent. | | | | |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

## CONTINUED - Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 389. Flashing - Sill pan flashing - plastic - up to 4.5' sill | 1.00 EA | 0.00 | 48.05 | 48.05 |
| 390. Flashing - Sill flashing - moldable tape | 100.00 LF | 0.00 | 6.11 | 611.00 |
| *Necessary water proofing due to change in stucco configuration to comply with clearance code - or equivalent.* | | | | |
| 339. Mask or cover per square foot | 697.00 SF | 0.00 | 0.00 | 209.10 |
| *Cover the ground below the stucco to be removed to assist in debris removal and clean-up - or equivalent. This is along the front of the house under the sun deck and around the corner to the north to the east corner past the stairway.* | | | | |
| 340. Detach & Reset Light fixture - wall sconce | 3.00 EA | 0.00 | 0.00 | 111.81 |
| *Detach and reset exterior wall sconce to facilitate repairs - or equivalent.* | | | | |
| 341. Detach & Reset Exterior outlet or switch | 1.00 EA | 0.00 | 0.00 | 19.39 |
| *Detach and reset exterior outlet to facilitate repairs - or equivalent.* | | | | |
| 342. Mask and prep for paint - plastic, paper, tape (per LF) | 160.00 LF | 0.00 | 1.01 | 161.60 |
| *Mask and cover as necessary to facilitate stucco applications - or equivalent.* | | | | |
| 343. Overhead door weather stop | 31.00 LF | 0.00 | 2.27 | 70.37 |
| 344. Remove Synthetic stucco on 1" polystyrene board | 969.91 SF | 0.35 | 0.00 | 339.47 |
| *Remove the EFIS system across the front of the house, under the sun deck, and around the house to the north going under the stairway - or equivalent.* | | | | |
| 345. House wrap (air/moisture barrier) | 969.91 SF | 0.00 | 0.23 | 223.08 |
| 346. Flashing - Sill flashing - moldable tape | 169.00 LF | 0.00 | 6.11 | 1,032.59 |
| *6" flashing tape - or equivalent. Flash around windows and doors as necessary where EFIS has been removed.* | | | | |
| 347. Synthetic stucco on 1" polystyrene board - Water managed | 969.91 SF | 0.00 | 7.18 | 6,963.95 |
| *Replace where removed - or equivalent.* | | | | |
| 348. Stucco repair around doors, windows, etc - 1st floor | 292.96 LF | 0.00 | 10.00 | 2,929.60 |
| *Wrap the window/door jamb with stucco - or equivalent* | | | | |
| 349. Caulking - acrylic | 261.96 LF | 0.00 | 1.92 | 502.96 |
| *Caulk windows and doors as necessary - or equivalent.* | | | | |
| 350. Synthetic stucco - additional charge for raised trim | 186.34 LF | 0.00 | 4.02 | 749.09 |
| *Crown & band on exterior of wall - or equivalent.* | | | | |
| 351. Stucco color coat (Redash) - Synthetic | 809.24 SF | 0.00 | 2.27 | 1,836.97 |
| *Re-coat the remainder of the effected north side and chimney to facilitate match - or equivalent.* | | | | |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

### CONTINUED - Exterior

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 352.  Brick mold - Detach & reset | 138.34 LF | 0.00 | 1.29 | 178.46 |
| **Detach and reset brick mold along the top of the parapet wall to facilitate repairs - or equivalent.** | | | | |
| 353.  Caulking - acrylic | 138.34 LF | 0.00 | 1.92 | 265.61 |
| **Re-caulk brick mold upon reset - or equivalent.** | | | | |
| 354.  Seal & paint trim - two coats | 158.34 LF | 0.00 | 1.07 | 169.42 |
| **Paint brick mold upon reset following the EFIS replacement/repair - or equivalent.** | | | | |
| *************** Remainder of Front (West) side elevation *********************** | | | | |
| 376.  Mask and prep for paint - plastic, paper, tape (per LF) | 214.00 LF | 0.00 | 1.01 | 216.14 |
| **Mask and cover as necessary to facilitate stucco applications - or equivalent.  Mask material transitions and cover windows & doors.** | | | | |
| 375.  Mask or cover per square foot | 216.00 SF | 0.30 | 0.00 | 64.80 |
| **Cover the ground below the stucco to be repaired to assist in debris removal and clean-up - or equivalent.  This is along the south and east side of the house in areas  designated by owner.** | | | | |
| 374.  Stucco color coat (Redash) - Synthetic | 1,539.65 SF | 0.00 | 2.27 | 3,495.01 |
| 373.  Stucco repair around doors, windows, etc - 1st floor | 180.00 LF | 0.00 | 10.00 | 1,800.00 |
| **Wrap the window/door jamb with stucco - or equivalent** | | | | |
| 372.  Caulking - silicone | 180.00 LF | 0.00 | 2.31 | 415.80 |
| **Caulk edges around windows and doors after stucco application - or equivalent.** | | | | |
| 371.  Scaffold - per section (per week) | 10.00 WK | 0.00 | 38.55 | 385.50 |
| 370.  Labor to set up and take down scaffold - per section | 10.00 EA | 0.00 | 19.62 | 196.20 |
| ******************* South Side Elevation *********************** | | | | |
| 383.  Mask and prep for paint - plastic, paper, tape (per LF) | 124.00 LF | 0.00 | 1.01 | 125.24 |
| **Mask and cover as necessary to facilitate stucco applications - or equivalent.  Mask material transitions and cover windows & doors.** | | | | |
| 382.  Mask or cover per square foot | 348.00 SF | 0.30 | 0.00 | 104.40 |
| **Cover the ground below the stucco to be repaired to assist in debris removal and clean-up - or equivalent.  This is along the south and east side of the house in areas  designated by owner.** | | | | |
| 381.  Stucco color coat (Redash) - Synthetic | 932.00 SF | 0.00 | 2.27 | 2,115.64 |
| 380.  Stucco repair around doors, windows, etc - 1st floor | 66.00 LF | 0.00 | 10.00 | 660.00 |
| **Wrap the window/door jamb with stucco - or equivalent** | | | | |
| 379.  Caulking - silicone | 66.00 LF | 0.00 | 2.31 | 152.46 |
| **Caulk edges around windows and doors after stucco application - or equivalent.** | | | | |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

**CONTINUED - Exterior**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 378.  Scaffold - per section (per week) | 10.00 WK | 0.00 | 38.55 | 385.50 |
| 377.  Labor to set up and take down scaffold - per section | 10.00 EA | 0.00 | 19.62 | 196.20 |

| | | | | |
|---|---|---|---|---|
| Totals:  Exterior | | | | 27,416.22 |

**General**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 355.  General clean - up | 16.00 HR | 0.00 | 44.96 | 719.36 |
| **Job site maintenance and final clean - or equivalent.** | | | | |
| 356.  Temporary toilet (per month) | 3.00 MO | 0.00 | 171.64 | 514.92 |
| 357.  General Demolition - per hour | 32.00 HR | 35.04 | 0.00 | 1,121.28 |
| **Labor to transport debris to dumpster for disposal - or equivalent.** | | | | |
| 358.  Dumpster load - Approx. 20 yards, 4 tons of debris | 2.00 EA | 398.42 | 0.00 | 796.84 |
| **Debris removal including transportation and fees, exterior repairs - or equivalent.** | | | | |
| 359.  Scaffold - per section (per month) | 20.00 MO | 0.00 | 112.88 | 2,257.60 |
| 360.  Labor to set up and take down scaffold - per section | 20.00 EA | 0.00 | 19.62 | 392.40 |
| 361.  Telehandler/forklift and operator | 12.00 HR | 0.00 | 73.26 | 879.12 |
| **Telehandler required to facilitate the removal and reset of the deck pavers - or equivalent.** | | | | |
| 362.  Taxes, insurance, permits & fees (Bid item) | 1.00 EA | 0.00 | 773.00 | 773.00 |
| 384.  Tarp - all purpose poly - per sq ft (labor and material) | 5,576.17 SF | 0.00 | 0.43 | 2,397.75 |
| **Tarp areas having stucco applied to protect from the moisture and cold and facilitate repair application - or equivalent.** | | | | |
| 385.  Heat drying - thermal exchanger with air mover - 50 kBtu | 20.00 DA | 0.00 | 204.26 | 4,085.20 |
| **Temporary heat to facilitate stucco application due to cold weather conditions. Propane fueled space heater w/fan.  2 units, 10 days each - or equivalent.** | | | | |
| 391.  Cleaning - Supervisory/Administrative - per hour | 146.95 HR | 0.00 | 59.58 | 8,755.28 |
| **Supervisory labor calculated at 1 hour for every 8 hours estimated on site labor - or equivalent.** | | | | |

| | | | | |
|---|---|---|---|---|
| Totals:  General | | | | 22,692.75 |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

| Total: 4843-ZAUNER- | |
|---|---|
| | 101,165.70 |
| **Line Item Subtotals: 4843-ZAUNER-S-R3** | |
| | **101,165.70** |

| Adjustments for Base Service Charges | Adjustment |
|---|---|
| Carpenter - Finish, Trim/Cabinet | 164.78 |
| Carpenter - General Framer | 135.40 |
| Carpenter - Mechanic | 116.68 |
| Floor Cleaning Technician | 98.92 |
| Drywall Installer/Finisher | 235.96 |
| Electrician | 165.52 |
| Flooring Installer | 127.72 |
| Hardware Installer | 120.08 |
| Insulation Installer | 104.82 |
| General Laborer | 34.91 |
| Mason Brick/Stone | 110.50 |
| Overhead Door Installer | 95.46 |
| Plumber | 170.36 |
| Painter | 123.48 |
| Roofer | 216.81 |
| Membrane Roofing Installer | 194.40 |
| Stucco Installer | 161.04 |
| Tile/Cultured Marble Installer | 140.26 |

| Total Adjustments for Base Service Charges: | |
|---|---|
| | 2,517.10 |
| **Line Item Totals: 4843-ZAUNER-S-R3** | |
| | **103,682.80** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 14,586.33 | SF Walls | 7,302.52 | SF Ceiling | 21,888.85 | SF Walls and Ceiling |
| 7,355.31 | SF Floor | 817.26 | SY Flooring | 1,567.01 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,567.76 | LF Ceil. Perimeter |
| 7,358.34 | Floor Area | 7,622.30 | Total Area | 13,618.48 | Interior Wall Area |
| 8,015.56 | Exterior Wall Area | 901.28 | Exterior Perimeter of Walls | | |
| 4,457.90 | Surface Area | 44.58 | Number of Squares | 403.99 | Total Perimeter Length |
| 136.24 | Total Ridge Length | 0.00 | Total Hip Length | | |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

## Summary

| Line Item Total | | | | |
|---|---|---|---|---|
| Total Adjustments for Base Service Charges | | | | 101,165.70 |
| Material Sales Tax | @ | 6.000% x | 24,337.85 | 2,517.10 |
| | | | | 1,460.27 |
| Subtotal | | | | 105,143.07 |
| Overhead | @ | 10.0% x | 105,143.07 | 10,514.31 |
| Profit | @ | 10.0% x | 105,143.07 | 10,514.31 |
| Replacement Cost Value | | | | $126,171.69 |
| Net Claim | | | | $126,171.69 |

Brad Mantz

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

## Recap by Room

Estimate: 4843-ZAUNER-S-R3

Area:   4843-ZAUNER-

| Area: | Main Level | | |
|---|---|---|---|
| | Bedroom | | |
| | Bath | 3,761.38 | 3.63% |
| | NorthBdrm | 4,541.23 | 4.38% |
| | NbdrmBath | 4,998.65 | 4.82% |
| | Garage | 75.95 | 0.07% |
| | | 1,856.37 | 1.79% |
| | **Area Subtotal:  Main Level** | | |
| | | 15,233.58 | 14.69% |
| Area: | Sun Deck | | |
| | Sun Deck | | |
| | Stairs | 35,592.02 | 34.33% |
| | | 231.13 | 0.22% |
| | **Area Subtotal:  Sun Deck** | | |
| | Exterior | 35,823.15 | 34.55% |
| | General | 27,416.22 | 26.44% |
| | | 22,692.75 | 21.89% |
| | **Area Subtotal:  4843-ZAUNER-** | | |
| | | 101,165.70 | 97.57% |
| **Subtotal of Areas** | | | |
| **Base Service Charges** | | 101,165.70 | 97.57% |
| | | 2,517.10 | 2.43% |
| **Total** | | | |
| | | 103,682.80 | 100.00% |

4843-ZAUNER-S-R3

 **REE-Construction**

720 N Main Unit A
Bellevue, ID 83313
(208) 788-9111
FEIN#82-0419547

### Recap by Category

| O&P Items | | Total | % |
|---|---|---:|---:|
| CABINETRY | | 209.50 | 0.17% |
| CLEANING | | 9,733.03 | 7.71% |
| CONTENT MANIPULATION | | 364.08 | 0.29% |
| GENERAL DEMOLITION | | 6,418.07 | 5.09% |
| DOORS | | 204.59 | 0.16% |
| DRYWALL | | 2,352.66 | 1.86% |
| ELECTRICAL | | 111.46 | 0.09% |
| HEAVY EQUIPMENT | | 879.12 | 0.70% |
| FLOOR COVERING - CARPET | | 3,652.91 | 2.90% |
| PERMITS AND FEES | | 773.00 | 0.61% |
| FINISH CARPENTRY / TRIMWORK | | 276.18 | 0.22% |
| FINISH HARDWARE | | 67.08 | 0.05% |
| FRAMING & ROUGH CARPENTRY | | 245.76 | 0.19% |
| INSULATION | | 624.21 | 0.49% |
| LIGHT FIXTURES | | 335.43 | 0.27% |
| MASONRY | | 11,927.34 | 9.45% |
| MARBLE - CULTURED OR NATURAL | | 1,930.03 | 1.53% |
| MOISTURE PROTECTION | | 4,958.77 | 3.93% |
| PLUMBING | | 526.68 | 0.42% |
| PAINTING | | 5,245.15 | 4.16% |
| ROOFING | | 11,536.08 | 9.14% |
| SCAFFOLDING | | 3,813.40 | 3.02% |
| STUCCO & EXTERIOR PLASTER | | 27,059.05 | 21.45% |
| TEMPORARY REPAIRS | | 2,912.67 | 2.31% |
| WINDOW TREATMENT | | 211.05 | 0.17% |
| WATER EXTRACTION & REMEDIATION | | 4,798.40 | 3.80% |
| O&P Items Subtotal | | 101,165.70 | 80.18% |
| Base Service Charges | | 2,517.10 | 1.99% |
| Material Sales Tax | @ 6.000% | 1,460.27 | 1.16% |
| Overhead | @ 10.0% | 10,514.31 | 8.33% |
| Profit | @ 10.0% | 10,514.31 | 8.33% |
| **Total** | | **126,171.69** | **100.00%** |

HOGUE & DUNLAP, L.L.P.
ATTORNEYS AT LAW

TERRY G. HOGUE

POST OFFICE BOX 460
419 SOUTH MAIN STREET
HAILEY, IDAHO 83333
(208) 788-3567
FAX (208) 788-4230

TRACY DUNLAP

November 7, 2011

Brady J. Hall, Esq.
Moore & Elia, LLP
P.O. Box 6756
Boise ID  83707

Re: *RSR, Inc. vs. Travelers Indemnity Company (Zauner Job)*

Dear Brady:

As you know, this firm represents RSR, Inc. dba Ree-Construction.  The problems which I discussed with you in our various conversations in 2009 and 2010 regarding delays by Travelers Indemnity Company in payments on claims for work performed by Ree-Construction has continued.  I am writing to you with respect to a specific case in hopes that this may be resolved prior to filing a Complaint.  It is also my goal, as previously expressed, that we might find a solution to this ongoing problem.

In this particular case, a loss was incurred in July 2009 by Travelers Indemnity Company's (hereinafter "Travelers") insured Fred and Anne Zauner of Ketchum, Idaho.  The Zauners contacted Ree-Construction for emergency services and restoration.  As part of their contract with Ree-Construction, the Zauners assigned their right to payment from Travelers to Ree-Construction and named Ree-Construction their agent for communications with Travelers.  **A copy of the Agreement To Perform Remediation, Restoration, or Reconstruction Or Other Work, signed by Mr. Zauner is enclosed.**

During the past two (2) years, my client has repeatedly provided to Travelers's adjuster David Abbott appropriate information regarding the scope of work and cost of restoration.  The last payment received on this claim was received on August 27, 2010.  The balance remaining due is $56,417.31.

In a telephone conversation with Mr. Abbott on January 22, 2011, Mr. Abbott told Mr. Reese, that he would not authorize further payment, that he would not provide any reasoned written explanation, and that Ree-Construction must pursue this through "arbitration."  However, Mr. Abbott also refused to provide Mr. Reese with the contact information for his superiors who

**EXHIBIT** 5

Brady J. Hall, Esq.
November 7, 2011
Page 2

would be handling this matter from this point forward.  As a result, I am communicating with you.

DEMAND IS HEREBY MADE for immediate payment of the sum of $67,360.72 which consists of $56,417.31 plus interest in the sum of $10,943.41 which has accrued on that sum since at least April 19, 2010 when Ree-Construction faxed to Mr. Abbott an updated Estimate of scope and pricing (4843-Zauner-S-R3 4/16/2010) following a meeting with Mr. Abbott on April 17, 2010.  That total due also includes the emergency services Estimate (4843-Zauner-E2) dating from  8/21/2009.  Copies of those two (2) documents are enclosed.

There is a reasonable basis to argue that the proof of loss had been made months prior to April 17, 2010, that the amount was due and capable of ascertainment by calculation, that Mr. Abbott's objections, to the extent they were expressed, were unreasonable and unsupported, and that Travelers lacks a system in place by which it can act in a timely manner to meet its responsibilities under the policy after a damage event has occurred and coverage is established. However, for purposes of settlement, Ree-Construction will not seek interest for earlier periods if payment of that sum is received at my office on or before November 30, 2011.

If Travelers disputes any portion of this claim, payment of the undisputed portion should be immediately made and we should be provided with a written identification of the disputed items and amounts and an explanation of the basis for the disputed items and amounts. If arbitration is required under the policy, as asserted by Mr. Abbott,  Ree-Construction will participate in arbitration.  Please provide us with a copy of any policy provision which you believe requires arbitration.  If the policy does not provide for arbitration, and a fairly debatable difference of opinion exists, Ree-Construction will participate voluntarily in mediation.  If payment of the full sum of $67,360.72 is not received on or before November 30, 2011, Ree-Construction will pursue collection of all pre-judgment interest, its attorney's fees and costs incurred in this matter pursuant to I.C. § 41-1839, and such other claims as it may have pursuant to Idaho law.

As I have previously said, I hope that we may find a way for Travelers and Ree-Construction to resolve claims without legal intervention.  Neither business is leaving this marketplace.  The perpetuation of these claims practices by Travelers, and other practices, including documented attempts by Travelers adjusters to interfere with Ree-Construction's contracts with its clients, will force Ree-Construction to address those larger issues through the

Brady J. Hall, Esq.
November 7, 2011
Page 3

courts.  I am writing to you in an attempt to work productively with Travelers prior to taking
further adversary action.

I look forward to hearing from you.

Sincerely,

HOGUE & DUNLAP, LLP

Tracy Dunlap

TD:ds
Encls.
cc: Ronald K. Reese, President, RSR, Inc. w/out encls.
    Ms. Gina McBride, IDOI w/attachments via email only