JEFFREY J. HEPWORTH (ISBN 3455)
JEFFREY J. HEPWORTH, P.A.
& ASSOCIATES
161 5th Avenue South, Suite 100
P.O. Box 1806
Twin Falls, Idaho 83303-1806
Telephone: (208) 734-0702

*Attorneys for Plaintiff*

MICHAEL MOORE (ISBN 1919)
BRADY J. HALL (ISBN 7873)
MOORE & ELIA, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone:  (208) 336-6900

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| RSR, Inc. dba REE-CONSTRUCTION, an Idaho corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>The Automobile Insurance Company of Hartford, Connecticut, One of the Travelers Property Casualty Companies, and does I through X,<br><br>　　　　　Defendants. | 1:12-cv-00159-REB<br><br>**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE** |

COME NOW Plaintiff and Defendant, by and through their respective attorneys of record, and hereby stipulate and agree that, this matter having been fully compromised and settled, the Court shall enter an Order dismissing Plaintiff's entire lawsuit and all of its claims against Defendant with prejudice and that each party shall bear its own costs and attorney's fees.

**STIPULATION FOR DISMISSAL
OF LAWSUIT WITH PREJUDICE**　　　　　　　pg. 1

DATED this 7th day of November, 2013.

                                        JEFFREY J. HEPWORTH P.A. & ASSOCIATES

                                        __s/ Jeffrey J. Hepworth_____
                                        Jeffrey J. Hepworth
                                        Counsel for Plaintiff

DATED this 7th day of November, 2013.

                                        MOORE & ELIA, LLP

                                        __s/ Brady J. Hall_____
                                        Brady J. Hall
                                        Counsel for Defendant